IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GEOGRAPHIC LOCATION INNOVATIONS LLC,** § § § | |
| Plaintiff, § | Case No: 4:21-cv-02289 |
| § | |
| vs. § | PATENT CASE |
| § | |
| **DELTA GALIL USA, INC. d/b/a SPLENDID,** § § § | |
| Defendant. § § | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Geographic Location Innovations, LLC ("Plaintiff" and/or "GLI") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Delta Galil USA, Inc. d/b/a Splendid with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: October 27, 2021.                    Respectfully submitted,

                                             */s/Jay Johnson*
                                             **JAY JOHNSON**
                                             State Bar No. 24067322
                                             **D. BRADLEY KIZZIA**
                                             State Bar No. 11547550
                                             **KIZZIA JOHNSON, PLLC**
                                             1910 Pacific Ave., Suite 13000
                                             Dallas, Texas 75201
                                             (214) 451-0164
                                             Fax: (214) 451-0165
                                             jay@kjpllc.com
                                             bkizzia@kjpllc.com

                                             **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing document was filed electronically on October 27, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                             */s/Jay Johnson*
                                             **JAY JOHNSON**